

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-17-00628-CV

**IN RE** Andrew W. **MCADOO**,
Appellant

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice[2]
       Karen Angelini, Justice[2]
       Marialyn Barnard, Justice[2]
       Rebeca C. Martinez, Justice
       Patricia O. Alvarez, Justice
       Luz Elena D. Chapa, Justice
       Irene Rios, Justice

On June 29, 2018, relator filed a Motion for En Banc Reconsideration. On September 14, 2018, the real parties in interest filed a response, and on September 21, 2018, realtor filed a reply. After considering relator's motion, the real parties' in interest response, and relator's subsequent reply, this court concludes relator is not entitled to the relief sought. Accordingly, relator's Motion for En Banc Reconsideration is DENIED.

It is so **ORDERED** on October 31, 2018.

**PER CURIAM**

Attested to: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CVT-002862-D3, styled *KLH and OJH, Individually and as Next Friend of JPH v. Dr. Andrew McAdoo*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.

[2] Chief Justice Marion and Justices Angelini and Barnard dissent to the denial of relator's motion for en banc reconsideration. Their decision to dissent is based on the reasons expressed in Justice Barnard's dissent to the panel's opinion denying relator's petition for writ of mandamus. Specifically, and as stated in the dissent, the record does not support the trial court's rationale for granting the motion for new trial; the record contains sufficient evidence to support the jury's verdict in favor of relator.